Erica A. Maharg (Bar No. 279396)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
1736 Franklin St., Suite 800
Oakland, CA 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>  Plaintiff,<br>  v.<br>MARIN SANITARY SERVICE,<br><br>  Defendant. | Civil No. 3:14-CV-5312<br><br>NOTICE OF SETTLEMENT<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Joseph C. Spero |

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Marin Sanitary Service (collectively, the "Parties") have reached a tentative settlement in this action, which was executed by the Parties. As required by 33 U.S.C. section 1365(c)(3) and 40 C.F.R. section 135.5, a copy of the [Proposed] Consent Decree is being sent to the U.S. Department of Justice and U.S. Environmental Protection Agency via U.S. Certified Mail. Upon expiration of the 45-day review period, the Parties will request that the Court (1) approve and execute the [Proposed] Consent Decree, which provides continuing Court jurisdiction over any disputes which may arise between the Parties under the agreement, and (2) approve and execute an Order dismissing the Complaint with prejudice.

DATE: April 30, 2015

Respectfully Submitted,

SAN FRANCISCO BAYKEEPER

/s/ Erica A. Maharg

Erica A. Maharg
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

BRADY & VINDING

/s/ Michael V. Brady

Michael V. Brady
Attorneys for Defendant
MARIN SANITARY SERVICE